WALTER J. BRYSON PAVING CO. v. STATE for the use of PACE CO.

149 So. 565.
Division B.
Opinion Filed July 13, 1933.

*Giles J. Patterson* and *Philip D. Beall,* for Plaintiffs in Error;

*John M. Coe,* for Defendant in Error.

BUFORD, J.—This is a companion case to the preceding case of Walter J. Bryson Paving Company and Southern Surety Company, Plaintiffs in Error, v. The State of Florida for the use of The Lewis Bear Company, Defendant In Error, and the same having been considered, it is now ordered that the judgment of the circuit court be affirmed on the authority of the opinion and judgment in that case, filed at this term. See page 349.

Affirmed.

DAVIS, C. J., and WHITFIELD, ELLIS, TERRELL, and BROWN, J. J., concur.